EXHIBIT A:  Unclaimed Debtor Returns on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| Count | Case No | Debtor | Claimant | Amount | Explanation |
|---|---|---|---|---|---|
| 1) | 12 B 32977 | Collins, Louise | Louise Collins<br>8724 S Michigan<br>Chicago, IL 60619 | $46.15 | Check issued to do debtor returned attempted not known |
| 2) | 14 B 11023 | Brandon, Franklin L | Franklin L Brandon<br>4510 N Spaulding Ave #2<br>Chicago IL 60625 | $2.01 | Check issued to debtor not satisfied within 90 days |
| 3) | 14 B 40764 | Dwane, Sullivan | Sullivan Dwane<br>11214 18675 St<br>Puyallup, WA 98374 | $2.01 | Check issued to debtor not satisfied within 90 days |
| 4) | 14 B 37996 | Berryhill, Tabitha Sue | Tabitha Sue Berryhill<br>5521 N Monitor<br>Chicago, IL 60630 | $197.00 | Check issued to debtor not satisfied within 90 days |
| 5) | 15 B 00259 | Brown, Nashun C | Nashun C Brown<br>8151 S Burnham<br>Chicago, IL 60617 | $5.01 | Check issued to debtor not satisfied within 90 days |
| 6) | 15 B 04223 | Jacobs, Dyshika | Dyshika L Jacobs<br>3807 W Chicago Ave, 2F<br>Chicago, IL 60651 | $25.56 | Check issued to debtor not satisfied within 90 days |
| 7) | 15 B 04877 | Clayton, Dominique | Dominique Clatyton<br>4040 Lindenwood Dr #304<br>Chicago, IL 60612 | $6.37 | Check issued to debtor not satisified within 90 days |
| 8) | 15 B 23643 | Hogan, Lashundra M | Lashundra M Hogan<br>1555 S Avers #5<br>Chicago, IL 60623 | $8.91 | Check issued to debtor not satisfied within 90 days |

EXHIBIT A: Unclaimed Debtor Returns on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| # | Case No. | Debtor | Address | Amount | Reason |
|---|---|---|---|---|---|
| 9) | 15 B 26572 | Williams, Kenneth | Kenneth Williams<br>20 N Mayfield Ave<br>Chicago, IL 60644 | $12.33 | Check issued to debtor not satisified within 90 days |
| 10) | 15 B 33956 | Prewitt, Michelle | Michelle Prewitt<br>1027 Bellwood Unit #B<br>Bellwood, IL 60104 | $1.56 | Check issued to debtor not satisified within 90 days |
| 11) | 16 B 15691 | Tyson, Andrina T | Andrina T Tyson<br>3426 Ridgeland Ave., #2<br>Berwyn, IL 60402 | $4.70 | Check issued to debtor not satisified within 90 days |
| 12) | 16 B 16373 | Scarbrough, Harriet | Harriet L Scarbrough<br>10501 S Normal Ave<br>Chicago, IL 60628 | $12,090.87 | Check issued to debtor not satisified within 90 days |
| 13) | 16 B 25558 | Hampton, Tequilla M | Tequilla M Hampton<br>10212 S Princeton Ave<br>Chicago IL 60628 | $408.96 | Check issued to debtor not satisified within 90 days |
| 14) | 16 B 28659 | Mitchell, Belinda | Belinda Mitchell<br>7 E 151st St<br>Harvey, IL 60426 | $10.35 | Check issued to debtor not satisified within 90 days |
| 15) | 16 B 30466 | Cooper, Valton | Cooper Valton<br>14606 Hoyne Ave<br>Dixmoor, IL 60426 | $22.50 | Check issued to debtor not satisified within 90 days |
| 16) | 16 B 37689 | Press, Jennifer | Jennifer Press<br>7654 S Carpenter<br>Chicago, IL 60620 | $7.19 | Check issued to debtor not satisified within 90 days |

EXHIBIT A:  Unclaimed Debtor Returns on Closed Cases
Office of Tom Vaughn Chapter 13 Trustee

| | | | | | |
|---|---|---|---|---|---|
| 17) | 17 B 02425 | Johnson, Linette | Linette Johnson<br>1620 S Komensky Ave #2<br>Chicago, IL 60623 | $3.51 | Check issued to debtor not satisifed within 90 days |
| 18) | 17 B 33164 | Ransom, Larry | Larry Ransom<br>256 N Keeler Ave #GRDN<br>Chicago, IL 60626 | $14.54 | Check issued to debtor not satisifed within 90 days |
| 19) | 18 B 00521 | Jackson, Worth | Worth Jackson<br>830 E 153rd Ct<br>South Holland, IL 60473 | $1.43 | Check issued to debtor returned attemped not known |

$12,870.96