UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re: ) BK No.: 16-16373
Harriet L. Scarbrough )
) Chapter: 13
) Honorable A. Benjamin Goldgar
)
)
Debtor(s) )

## ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On January 24, 2023, an application was filed for the Claimant(s), Dynasty Asset Recovery Services, LLC as Assignee to Derick Scarbrough, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. Section 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. Section 2042, the sum of $12,090.87 held in unclaimed funds be made payable to Dynasty Asset Recovery Services, LLC and be disbursed to the payee at the following address:

3755 N. Josey Ln #117220, Carrollton, Texas 75011

Enter:

Honorable A. Benjamin Goldgar
United States Bankruptcy Judge

Dated: February 06, 2023